UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Katherine Truran, | Case No. 2:20-cv-12601 |
| | Paul D. Borman |
| Plaintiff, | United States District Judge |
| v. | |
| Bird Rides, Inc., | |
| Defendant. | |

_____/

## **ORDER OF DISMISSAL**

On October 20, 2020, the plaintiffs filed a Notice of Voluntary Dismissal without prejudice. (ECF No. 7)  Accordingly, it is **ORDERED** that the above matter is **DISMISSED** without prejudice.

Dated:  October 20, 2020         s/Paul D. Borman
                                  Paul D. Borman
                                  United States District Judge